**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Cesar de la Garza,

      Plaintiff,                               Civil No. 09-1044 (RHK/JJG)

vs.                                       **DISQUALIFICATION AND**
                                                      **ORDER FOR REASSIGNMENT**

Correctional Medical Services, et al.,

      Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: May 6, 2009

                                                        s/Richard H. Kyle
                                                        RICHARD H. KYLE
                                                        United States District Judge