UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| Cesar de la Garza, | Case No. 09-CV-1044 (PAM/JJG) |
| Plaintiff, | |
| vs. | **ORDER** |
| Correctional Medical Services, Stephen Craane, et al, | |
| Defendants. | |

_____

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED that the above-captioned action be dismissed with prejudice in its entirety without costs or disbursements to the parties herein, and that judgment be entered accordingly.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT:**

DATED: January 21, 2011.

s/Paul A. Magnuson
PAUL A. MAGNUSON
JUDGE OF U.S. DISTRICT COURT
DISTRICT OF MINNESOTA